IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH S. GARWOOD,

    Plaintiff,

vs.                                        CASE NO. 4:08cv538/RS-WCS

DENNIS JOHNSON, et al,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 8). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice.

3. The clerk is directed to close the file.

**ORDERED** on April 9, 2009.

                                /S/ Richard Smoak
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**